UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KEITH WARE | ) | |
| | ) | |
| v. | ) | C.R. No: 94-69T |
| UNITED STATES OF AMERICA | ) | |

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Gerard B. Sullivan, Assistant United States Attorney and hereby moves that the time for filing a response to Petitioner, Keith Ware's, Petition to Correct Error in Application of the Sentencing Guideline Pursuant to Title 18 U.S.C. § 3582(C)(2) be enlarged up to and including February 4, 2008.

The United States' response was due on November 17, 2007. Counsel for the United States was served with petitioner's motion on November 5, 2007. Counsel for the United States has been on unexpected family medical leave in November and December and has been attending to other Court commitments. In order to fully and accurately respond to the motion, additional time is needed.

Accordingly, the United States requests an extension of time, up to and including, February 4, 2008 to respond to petitioner's application.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
Gerard.sullivan@usdoj.gov

## CERTIFICATION

I hereby certify that on the 4th day of January, 2008 I caused a copy of the foregoing Motion for Extension of Time to be electronically filed with the Court and is available for downloading and viewing, and also forwarded, by postage prepaid mail, to:

**Keith Ware**
#04068-070
U.S. P. Allenwood
P.O. Box 3000
White Deer, PA 17887
PRO SE

/s/ GERARD B. SULLIVAN
GERARD B. SULLIVAN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
Gerard.sullivan@usdoj.gov