UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEITH WARE )
)
V. ) C.R.No.:94-69T
)
UNITED STATES OF AMERICA )

MOTION IN OPPOSITION TO
GOERNMENT'T MOTION FOR ENLARGEMENT OF TIME

Now comes the petitioner Keith Ware, in pro se, and respect-requests and moves this Honorable Court deny the Government's motion for enlargement of time for filing a response to petitioner's Petition to Correct Error in application of the Sentencing Guideline pursuant to Title 18 U.S.C. § 3582(C)(2) for the following reasons:

1) Counsel for the United States was served witht petitioner's motion on November 5, 2007; "United States motion for enlargement of time."

2) The United States reponse was due on November 17, 2007;" Id"

3) Counsel for the United States, purported that he was on un-expected family medical leave in November and December (Id). How-ever, counsel failed to note or indicate when in November he took leave nor does he indicate that he was on leave at any time before the response was due on November 17, 2007.

4) The United States attorney states by his own admission that he had been "attending to other Court commitments;" (Id). It appears here, that his leave was not preventing him from attending

other court commitments, which somehow prevented him from responding or requesting an enlargement of time in a timely manner, or any time before the fourth (4) of January.

5). The United States therefore waived its right to respond to petitioner's petition when it failed to do so in a timely manner.

6) Furthermore, the United States waived its right to request an enlargement of time when it failed to do so in a timely manner.

7) Petitioner asserts that the failure to file specific objections in a timely manner constitutes waiver of the right to review by the District Court, and the right to appeal the District Court's decision. See United States v. Valencia-Copete, 792 F.2d 4, 6 (1St Cir 1986); Park Motor, INc v. Ford Co., 616 F.2d 603, 605 (1st Cir. 1980).

Wherefore, for the foregoing reasons petitioner requests the United States forgoing motion for enlargement of time be denied.

Dated: January 17, 2008

Respectfully submitted

Keith Ware

Keith Ware, pro se
04068-070
Allenwood USP
P.O. Box 3000
White Deer, PA 17887