Mr. Keith Ware
Reg. No. 04068-070
U.S.P. Allenwood
Post Office Box 3000
White Deer, Pennsylvania
17887-3000

July 22, 2008

Office of the Clerk
United States District Court
District of Rhode Island
One Exchange Terrace
Providence, Rhode Island
02903-1779

Re: United States v. Keith Ware, Crim. Case No. 94-Cr-0069-T

Dear Sir/Madam:

Please accept this letter as an informal motion pursuant to the Local Rules of this district.

As the Court is aware, I have had a motion pending before this Court regarding retroactive amendments for reduction of sentence. I submitted this motion pro se; however, since my submission and filings, several actions have occurred that would warrant additional consideration by the Court in line with several Supreme Court decisions, mandates and instructions i.e., Rita, Gall, Kimbrough, and Booker. All of which concerns future resentencing options under the now advisory Guidelines, or mandatory minimums sentences.

Because the Court would have to do more than recalculate a defendant's guideline range, and sentence him under and in accordance to the new laws at the time of resentencing, this defendant believes he has procedural rights that must be protectd and defended. Notwithstanding that there "Will" be new facts and factors that will have to be made in aid of the court's sentencing decision, defendant's Sixth Amendment rights require the assistance of counsel. See Mempa v. Rhay, 389 U.S. 128 (1967).

Moreover, where substantial rights may be affected as in this case, the right to counsel should attach; Mempa, at p. 135, which includes the right to appeal and which rights must be raised as to a sentence that violates the law and express dictates of the Supreme Court.

The absence of counsel risks constitutional error, that the Supreme Court has long recognized as key to due process role that defense counsel play s in ensuring the accuracy and reliability of sentencing proceedings. Townsend v. Burke, 334 U.S. 736, 740-41 (1948).

Finally, since the submission of my motion no action has been undertaken warranting relief. I believe the assignment of counsel would assist the Court in resolution and to expedite the matter fairly and justly. I further assert that I also have the right to be present at any resentencing in this matter to participate, assist counsel and allocate, if he so chooses, and by this letter styled motion

requests he be assigned counsel and to be present.

Thank you for your time and attention to this very important matter, and I look forward to hearing from the Court soon. As an aside, I respectfully request that the extra copy of this letter enclosed be file-stamped by your office in order to be returned to me in the self addressed stamped envelope provided herein for my personal records, and to acknowledge receipt of the same.

Respectfully submitted,

Keith Ware

Mr. Keith Ware
Pro se Defendant
Reg. No. 04068-070
U.S.P. Allenwood
Post Office Box 3000
White Deer, Pennsylvania
17887-3000