UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

      v.                    Cr. No. 94-69T

KEITH WARE

### ORDER DENYING PETITIONER'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

Keith Ware has filed a motion for sentence reduction pursuant to 18 U.S.C. §3582(c)(2) and U.S.S.G. Amendment 599. A review of the record indicates that the defendant is ineligible for a reduction in sentence pursuant to 18 U.S.C. §3582(c) because his sentence was based on his classification as an armed career criminal and his guideline range has not been changed by the amendment to the guidelines. For that reason, and for the reasons stated in the government's memorandum, the motion is denied.

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: Jan. 15, 2009